No. 5387. SMITH *v.* IOWA LIQUOR CONTROL COMMISSION. Appeal from Sup. Ct. Iowa dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 5531. RUDERER *v.* GERKEN ET AL. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Motion of appellant to strike scandalous matter denied. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and appeal.

No. 5652. LEHMAN *v.* CALIFORNIA. Appeal from D. C. S. D. Cal. dismissed for want of jurisdiction.

No. ——. ANNUNZIATA *v.* UNITED STATES. C. A. 3d Cir. Application for bail presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 71. ABATE ET AL. *v.* MUNDT ET AL. Ct. App. N. Y. [Certiorari granted, 397 U. S. 904.] Motion of petitioners for leave for three attorneys to participate in oral agreement granted.

No. 203. McGAUTHA *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 398 U. S. 936.] Motion for appointment of counsel to represent petitioner granted. Motion of Luke McKissack for leave to file a brief as *amicus curiae* granted.